UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22404-KMM

IRMA T. FUENTES
and other similarly situated individuals,

    Plaintiff(s),

v.

CARLOS ROSARIO CLEANING
SERV., CORP.
d/b/a ROSARIO CLEANING SERVICES 1,
and CARLOS ROSARIO, individually

    Defendants,
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, hereby stipulate that all claims be dismissed in their entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: November 14, 2022

| | |
|---|---|
| By: */s/ Zandro E. Palma* | BY: */s/ Carlos Rosario* |
| Zandro E. Palma, Esq. | Carlos Rosario |
| Florida Bar No.: 0024031 | CARLOS ROSARIO CLEANING |
| | SERV., CORP. |
| Zandro E. Palma, Esq. | d/b/a ROSARIO CLEANING SERVICES 1 |
| The Law Offices of Zandro E. Palma PA | 11522 SW 168 Terr. |
| 9100 South Dadeland Blvd., Suite 1500 | Miami, FL 33157 |
| Miami, FL, 33156 | Email: rosariocleaningservices1@gmail.com |
| Telephone: 305-446-1500 | *Por se Defendant* |
| Fax: 305-446-1502 | |
| E-mail: zep@thepalmalawgroup.com | |
| *Attorney for the Plaintiff* | |

## SERVICE LIST
## CASE NO.: 1:22-cv-22404-KMM

Carlos Rosario
CARLOS ROSARIO CLEANING
SERV., CORP.
d/b/a ROSARIO CLEANING SERVICES 1
11522 SW 168 Terr.
Miami, FL 33157
Email: rosariocleaningservices1@gmail.com
*Por se Defendant*

Zandro E. Palma, Esq.
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Tel: 305-446-1500
Fax: 305-446-1502
*Attorney for Plaintiff*